FILED by KS D.C.

Apr 20, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20163-CR-WILLIAMS/MCALILEY

46 U.S.C. § 70506(b)
46 U.S.C. § 70503(a)(1)
46 U.S.C. § 70507(a)
21 U.S.C. § 853

UNITED STATES OF AMERICA,

vs.

EVLISES FARIAS,
JHON SALAZAR, and
FRANKLIN MERCADO PEREZ,

Defendants.
_____/

INDICTMENT

The Grand Jury charges that:

COUNT 1

Beginning on an unknown date and continuing through on or about April 13, 2022, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

EVLISES FARIAS,
JHON SALAZAR, and
FRANKLIN MERCADO PEREZ,

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of the defendants' own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2

On or about April 13, 2022, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

**EVLISES FARIAS,
JHON SALAZAR, and
FRANKLIN MERCADO PEREZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 and 2 of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of property in which the defendants, **EVLISES FARIAS, JHON SALAZAR, and FRANKLIN MERCADO PEREZ,** have an interest.

2. Upon conviction of a violation of Title 46, United States Code, Section 70503 or 70506, as alleged in Counts 1 and 2 of this Indictment, the defendants shall each forfeit to the

United States any property described in Title 21, United States Code, Section 881(a) that was used or intended for use to commit, or facilitate the commission of, such violation, pursuant to Title 46, United States Code, Section 70507(a).

All pursuant to Title 46, United States Code, Section 70507(a), and the procedures set forth at Title 21, United States Code, Section 853 as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

EVLISES FARIAS, et al.,

_____/
Defendants.

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☑ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take 5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☑ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                          Case No.

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                          Case No.

9. Defendant(s) in federal custody as of

10. Defendant(s) in state custody as of

11. Rule 20 from the                      District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Yvonne Rodriguez-Schack
Assistant United States Attorney
FLA Bar No.    794686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: EVLISES FARIAS

Case No:_____

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70506(b)

*Max. Penalty: Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70503(a)(1)

*Max. Penalty: Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JHON SALAZAR

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70506(b)

*Max. Penalty: Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70503(a)(1)

*Max. Penalty: Life Imprisonment

\* **Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** FRANKLIN MERCADO PEREZ

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70506(b)

*Max. Penalty: Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70503(a)(1)

*Max. Penalty: Life Imprisonment

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.